**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

IRA LEE PARKER WILSON, ET AL.         CIVIL ACTION NO. 14-0109

VERSUS         JUDGE S. MAURICE HICKS, JR.

SAMSON CONTOUR ENERGY E&P         MAGISTRATE JUDGE HAYES
L.L.C., ET AL.

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge (Record Document 43) having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED** that the instant complaint is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 28th day of June, 2018.

S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT